IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TROY FREDERICK                                                                                               PLAINTIFF

        v.                                       Civil No. 09-3022

DEPUTY NATHAN JENKINS,
Boone County Sheriff's Office;
DEPUTY JEREMY WATSON,
Boone County Sheriff's Office;
DEPUTY CONTRERAS,
Boone County Sheriff's Office;
and DEPUTY J. BRISCO,
Boone County Sheriff's Office                                                                          DEFENDANTS

## ORDER

On July 14, 2009, defendants filed a motion to compel answers to discovery requests (Doc. 18). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on May 13, 2009. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel (Doc. 18) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on August 31, 2009.**

IT IS SO ORDERED this 11th day of August 2009.

                                                     /s/ *J. Marschewski*
                                                    HON. JAMES R. MARSCHEWSKI
                                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)