IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TROY FREDERICK                                                            PLAINTIFF

     v.                 Civil No. 09-3022

DEPUTY NATHAN JENKINS,
Boone County Sheriff's Office;
DEPUTY JEREMY WATSON,
Boone County Sheriff's Office;
DEPUTY CONTRERAS,
Boone County Sheriff's Office;
and DEPUTY J. BRISCO,
Boone County Sheriff's Office                                    DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **October 23, 2009**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 11th day of August 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE