IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TROY FREDERICK                                                                                PLAINTIFF

            v.                             Civil No. 09-3022

DEPUTY NATHAN JENKINS,
Boone County Sheriff's Office;
DEPUTY JEREMY WATSON,
Boone County Sheriff's Office;
DEPUTY CONTRERAS,
Boone County Sheriff's Office;
and DEPUTY J. BRISCO,
Boone County Sheriff's Office                                 DEFENDANTS

### MEMORANDUM OPINION

Troy Frederick filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on March 13, 2009.  His complaint was filed *in forma pauperis* (IFP).

On August 11, 2009, an order was entered (Doc. 21) granting the defendants' motion to compel.  Frederick was directed to provide the defendants with discovery responses by 5:00 p.m. on August 31, 2009.  On September 2, 2009, defendants filed a motion to dismiss (Doc. 22).  In the motion, defendants state they have not received the discovery responses from the plaintiff.  Plaintiff has not responded to the motion to dismiss.

By separate order, defendants' motion to dismiss (Doc. 22) will be granted based on plaintiff's failure to prosecute this action and his failure to obey the order of this court.  Fed. R. Civ. P. 41(b).

DATED this 23rd day of September 2009.

                                                                  /s/ *J. Marschewski*
                                                             HON. JAMES R. MARSCHEWSKI
                                                             UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)