IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TROY FREDERICK                                                                                                PLAINTIFF

      v.                                        Civil No. 09-3022

DEPUTY NATHAN JENKINS,
Boone County Sheriff's Office;
DEPUTY JEREMY WATSON,
Boone County Sheriff's Office;
DEPUTY CONTRERAS,
Boone County Sheriff's Office;
and DEPUTY J. BRISCO,
Boone County Sheriff's Office                                                                               DEFENDANTS

## **JUDGMENT**

For the reasons stated in a memorandum opinion, defendants' motion to dismiss (Doc. 22) is granted. The case is dismissed based on plaintiff's failure to prosecute this action and his failure to obey the order of this court. Fed. R. Civ. P. 41(b).

DATED this 23rd day of September 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)